UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHAD R. NAJI,

                         Plaintiff,

      v.                                 Case No. 14-12743

CAROLYN W. COLVIN               HON. TERRENCE G. BERG
                                  HON. ELIZABETH A. STAFFORD
                    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 16)

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's July 28, 2015 Report and Recommendation (Dkt. 16), recommending that Plaintiff's motion for summary judgment (Dkt. 12) be **DENIED**, that Defendant's motion for summary judgment (Dkt. 14) be **GRANTED**, and that the Commissioner be **AFFIRMED**.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report report or specified proposed findings or recommendations to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court has reviewed and will accept the

Magistrate's Report and Recommendation of July 28, 2015, as this Court's findings

of fact and conlcusions of law.

Accordingly, **IT IS HEREBY ORDERED** that Magistrate Judge Elizabeth A.

Stafford's Report and Recommendation of July 28, 2015 (Dkt. 16) is **ACCEPTED**

and **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment

(Dkt. 11) is **DENIED**, Defendant's motion for summary judgment (Dkt. 14) is

**GRANTED,** and the findings and conclusions of the Commissioner are

**AFFIRMED**.

**SO ORDERED.**

> s/Terrence G. Berg
> TERRENCE G. BERG
> UNITED STATES DISTRICT JUDGE

Dated:  August 18, 2015

### Certificate of Service

I hereby certify that this Order was electronically submitted on August 18, 2015, using the

CM/ECF system, which will send notification to each party.

> By:  s/A. Chubb
> Case Manager